**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Defendant Mr. Morales-Alvares

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALVADOR MORALES-ALVARES, )<br>)<br>Defendant. )<br>) | Case No. 08mj2105<br><br>**NOTICE OF APPEARANCE** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Elizabeth M. Barros, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

Respectfully submitted,

Dated: July 18, 2008     *s/ Elizabeth M. Barros*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
elizabeth_barros@fd.org

**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
elizabeth_barros@fd.org

Attorneys for Mr. Morales-Alvarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj2105 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| **SALVADOR MORALES-ALVARES,** ) | |
| ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: July 18, 2008              *s/ Elizabeth M. Barros*
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: elizabeth_barros@fd.org