UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Salvador Morales- )<br>Alvarez )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08MJ 2105<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / **Order of Court**).

Maria Garcia-Jimenez

DATED: 7/24/08

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY            ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95