# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                Plaintiff               )    CRIMINAL NO. _08MJ 2105_
                                        )
                                        )         ORDER
            vs.                         )
                                        )    RELEASING MATERIAL WITNESS
  Salvador Morales-                     )
            Alvares                     )    Booking No.
                Defendant(s)            )
_____ )

On order of the United States ~~District~~/Magistrate Judge,    **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court).

Vincente Cano-DeJesus

DATED: __7/24/08__

**LOUISA S. PORTER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____               OR
                    DUSM

                                W. SAMUEL HAMRICK, JR.   Clerk

                                by _____
                                                    **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062