# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
    )
                Plaintiff  )        CRIMINAL NO. 08mj 2105
    )
    )                    ORDER
            vs.  )
    )        RELEASING MATERIAL WITNESS
Salvador Morales- Alvarez )
    )        Booking No.
                Defendant(s)  )
_____ )

On order of the United States ~~District~~/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

ANA Luisa Peña-Zaguilan

DATED: 7/24/08

LOUISA S. PORTER
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____     OR
                    DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082